IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT


CEDRIC WARREN,

    Petitioner,

v.
                              Case No. 5D22-1405
                              LT Case Nos. 2001-034902-CFAES
                                               2001-036396-CFAES

STATE OF FLORIDA,

    Respondent.

_____/

Opinion filed July 22, 2022

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Cedric Warren, Lake City, pro se.

No Appearance for Respondent.


PER CURIAM.

    This Court previously dismissed Petitioner's petition for writ of habeas

corpus stemming from Volusia County Circuit Court Case Numbers 2001-

034902-CFAES and 2001-036396-CFAES. Because it appears that

Petitioner's filings are abusive, repetitive, malicious, or frivolous, Petitioner

is cautioned that any further pro se filings in this Court asserting claims stemming from the identified case numbers may result in sanctions such as a bar on pro se filings in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2022); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITIONER WARNED.

COHEN, EISNAUGLE and TRAVER, JJ., concur.